**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    ELOY MARTINEZ,
10              Plaintiff,                          No. C 06-04613 JSW
11      v.
12   TRENDWEST RESORTS, INC., et al.,              **ORDER OF RECUSAL**
13              Defendants.
                                            /
14
15      TO ALL PARTIES AND COUNSEL OF RECORD:
16          I, the undersigned judge of the court, finding myself disqualified in the above-entitled
17   action, hereby recuse myself from this case and request that the case be reassigned pursuant to
18   the provisions of paragraph E.2 of the Assignment Plan.
19
20      **IT IS SO ORDERED.**
21
22   Dated:  November 21, 2006
                                            JEFFREY S. WHITE
23                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28