Cliff Palefsky, Esq. (State Bar No. 77683)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
 ELOY MARTINEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MARTINEZ,<br><br>  Plaintiff,<br><br>v.<br><br>TRENDWEST RESORTS, INC.<br><br>  Defendant. | No. C 06-04613 MHP<br>E-Filing Case<br><br>**STIPULATED DISMISSAL AND ORDER THEREON**<br>Fed. R, Civ.P. 41(a)(1) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective counsel, that this action be dismissed *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1) and that endorsement of this agreement may be by counterpart signatures.

DATED: January 18, 2007

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____
Cliff Palefsky

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Stipulated Dismissal and
Order Thereon

1

DATED: January 19, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant TRENDWEST RESORTS, INC.

By: [signature]
Robert S. Shwarts

## ORDER

THE ABOVE STIPULATION HAVING BEEN REVIEWED AND CONSIDERED AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is dismissed *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1).

Dated: Jan. 19, 2007

[signature]
MARILYN HALL PATEL
Judge, United States District Court